# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 29, 2016

152655

In re MARDIGIAN Estate

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

_____

MARK S. PAPAZIAN, Executor for the Estate of
ROBERT DOUGLAS MARDIGIAN,
      Appellee,

v

MELISSA GOLDBERG, SUSAN V. LUCKEN,
NANCY VARBEDIAN, EDWARD
MARDIGIAN, GRANT MARDIGIAN, and
MATTHEW MARDIGIAN,
      Appellants,
and

JP MORGAN CHASE BANK, NA,
      Appellee.

SC: 152655
COA: 319023
Charlevoix Probate Ct:
     12-011738-DE
     12-011765-TV

_____/

     On order of the Court, the application for leave to appeal the October 8, 2015 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing, among other issues, whether this Court should overrule *In re Powers Estate*, 375 Mich 150 (1965). The parties should not submit mere restatements of their application papers.

     Persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 29, 2016
_____

t0622


Clerk